**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
_____
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   EISNER BROS. REALTY CORP

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   13 – 3183181

4. **Debtor's address**

   **Principal place of business**
   4403 15TH AVENUE
   Number    Street
   #314
   BROOKLYN    NY 11219
   City    State    ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   75 ESSEX STREET
   Number    Street  A/K/A
   232 BROOME STREET
   NEW YORK    NY    10002
   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor     __75 ESSEX CORNER LLC_____          Case number (*if known*)_____
           Name

6. **Type of debtor**

   ● Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding LLP)
   ❑ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ● Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ❑ None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
      __5313__ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❑ Chapter 7
   ❑ Chapter 9
   ● Chapter 11. *Check **all** that apply*:

   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ● No
   ❑ Yes.  District _____ When _____ Case number _____
                                                MM / DD / YYYY
           District _____ When _____ Case number _____
                                                MM / DD / YYYY

Debtor  **EISNER BROS. REALTY CORP**  Case number (*if known*)_____
        <sub>Name</sub>

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br>List all cases. If more than 1, attach a separate list. | ● No <br> ❑ Yes.  Debtor _____  Relationship _____ <br>       District _____  When ____/____/_____ <br>                                                                                           MM  /  DD  / YYYY <br>       Case number, if known  _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ● Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ● No <br> ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br>**Why does the property need immediate attention?** (*Check all that apply.*) <br> ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ❑ It needs to be physically secured or protected from the weather. <br> ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ❑ Other _____ <br><br> **Where is the property?**_____ <br>                         Number      Street <br>                       _____ <br>                       _____ <br>                       City                               State ZIP Code <br><br> **Is the property insured?** <br> ❑ No <br> ● Yes. Insurance agency _____ <br>         Contact name      _____ <br>         Phone              _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ● Funds will be available for distribution to unsecured creditors. <br> ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ● 1-49             ❑ 1,000-5,000            ❑ 25,001-50,000 <br> ❑ 50-99           ❑ 5,001-10,000           ❑ 50,001-100,000 <br> ❑ 100-199        ❑ 10,001-25,000          ❑ More than 100,000 <br> ❑ 200-999 |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy             page **3**

Debtor **EISNER BROS. REALTY CORP**                               Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ● $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ● $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/24/2025**
            MM / DD / YYYY

✗ **/S/ ISRAEL EISNER**                                **ISRAEL EISNER**
Signature of authorized representative of debtor        Printed name

Title **MEMBER**

**18. Signature of attorney**

✗ **/S/ JOSHUA R. BRONSTEIN ESQ**   **03/24/2025**
Signature of attorney for debtor       Date  MM / DD / YYYY

**JOSHUA R. BRONSTEIN ESQ.**
Printed name

**Joshua R. Bronstein & Associates, PLLC**
Firm name

**114 Soundview Drive**
Number        Street

**Port Washington**                **NY**        **11050**
City                                State       ZIP Code

**Tel 516-698-0202**            Email **jbrons5@yahoo.com**
Contact phone                   Email address

**4178687**                                  **NY**
Bar number                                   State

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**