## CORPORATE RESOLUTION

**Eisner Bros. Realty Corp.**

A New York State Domestic Corporation.

TO FILE FOR BANKRUPTCY CHAPTER 11 AND TO HIRE JOSHUA R. BRONSTEIN, ESQ. As the company bankruptcy attorney.

WHEREAS, the Board of Directors (the "Board") of **Eisner Bros. Realty Corp.** (the "Company"), a corporation organized and existing under the laws of the State of **New York** has determined that it is in the best interest of the Company and its stakeholders to file for bankruptcy protection;

WHEREAS, the Board has determined that it is in the best interest of the Company to engage legal counsel experienced in bankruptcy matters to represent the Company in connection with such bankruptcy proceedings;

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby authorizes and directs the Company to file a petition for relief under Chapter **11** of the United States Bankruptcy Code in the United States Bankruptcy Court for the **Eastern District of New York**

RESOLVED FURTHER, that the Board hereby authorizes and directs the Company to hire Joshua R. Bronstein, Esq., as legal counsel to represent the Company in connection with such bankruptcy proceedings;

RESOLVED FURTHER, that **Israel Eisner** and any officer of the Company is hereby authorized and directed to execute and deliver any and all documents and to take any and all actions necessary or appropriate to carry out the foregoing resolutions;

**RESOLVED FURTHER,** that all actions taken by the officers of the Company prior to the adoption of these resolutions in connection with the matters contemplated hereby are hereby ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF,** the undersigned, being the duly elected and qualified Secretary of the Company, hereby certifies that the foregoing resolutions were duly adopted by the Board of Directors of the Company by unanimous written consent as of the date set forth below.

Dated: **April 9th 2025**

/S/ **Israel Eisner**
Secretary,