UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Case No. 25-41389 nhl
Chapter 11

In re: EISNER BROS. REALTY CORP

## DISCLOSURE OF CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Bankruptcy Rule 1073-3, ISRAEL EISNER hereby files this Disclosure of Corporate Ownership Statement and certifies as follows:

1. Corporate Ownership: EISNER BROS. REALTY CORP is a privately held NYS DOMESTIC CORPORATION.

2. Principal Officer: The principal officer of EISNER BROS. REALTY CORP is ISRAEL EISNER, who serves as the Managing Member.

3. Ownership Interest: ISRAEL EISNER holds a 100% ownership interest in

## Statement of Ownership

I, ISRAEL EISNER, PRESIDENT OF EISNER BROS. REALTY CORP, declare under penalty of perjury that I am the sole owner of EISNER BROS. REALTY CORP, holding 100% of the ownership interests in the company.

Dated: April 8th 2025

/S/ ISRAEL EISNER
ISRAEL EISNER, PRESIDENT


_____/s/_____
Joshua R. Bronstein Esq.
Joshua R. Bronstein & Associates, PLLC
114 Soundview Drive Port Washington, NY 11050
Tel: 516-698-0202 Fax: 516-791-3470 Email: jbrons5@yahoo.coma