| | |
|---|---|
| WESTERMAN BALL EDERER<br>MILLER ZUCKER & SHARFSTEIN, LLP<br>Thomas A. Draghi, Esq.<br>Alexandra Pontrello, Esq.<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 622-9200<br>tdraghi@westermanllp.com<br>apontrello@westermanllp.com<br>*Counsel for Debtors 75 Essex Corner LLC and*<br>*Eisner Bros. Realty Corp* | **Hearing Date: August 5, 2025 at 3:00 p.m.**<br>**Objection Deadline: July 29, 2025 at 5:00 p.m.** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

In re:

75 Essex Corner, LLC,

                         Debtor.

Chapter 11
Case No.: 25-41388 (NHL)

----------------------------------------------------------X

In re:

Eisner Bros. Realty Corp,

                         Debtor.

Chapter 11
Case No.:  25-41389 (NHL)

----------------------------------------------------------X

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF**
**AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH**
**ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND**
**SOLICIT ACCEPTANCES THEREOF AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that 75 Essex Corner LLC ("Essex Debtor") and Eisner Bros. Realty Corp ("Eisner Debtor"), the debtors and debtors-in-possession herein (together, the "Debtors"), by and through their counsel, Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, shall move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, Eastern District of New York (Brooklyn Division), Conrad B. Duberstein U.S. Bankruptcy Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **August 5, 2025 at 3:00 p.m.** or as soon or thereafter as counsel may be heard, entry of an order, substantially in the form attached to the annexed motion (the "Motion") as Exhibit A (the "Proposed

Order"), pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), for entry of an order extending the periods during which (a) the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") by approximately 60 days from July 23, 2025 to September 22, 2025, and (b) the Debtors have the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") by 60 days from September 22, 2025 to November 21, 2025.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, conform with the Bankruptcy Code and Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Court, **no later than July 29, 2025 at 5:00 p.m. (ET)** as follows: (a) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nyeb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope and served upon: (i) Westerman Ball, Ederer Miller Zucker & Sharfstein, LLP, counsel for the Debtors, 1201 RXR Plaza, Uniondale, New York 11556, Attn.: Thomas A. Draghi, Esq. and Alexandra Pontrello, Esq.; and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408, Attn.: Greg Zipes, Esq., with (iii) a courtesy copy to the Chambers of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, so as to be received by no later than **no later than July 29, 2025 at 5:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing shall not be held in person but shall be held conducted ***by videoconference to be conducted via Webex***. Parties have the option to either (a) dial in as an audio only participant using the provided Webex dial-in number or (b) connect by

2

video using the video link. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Once registered, eCourt Appearances will email the video link for your hearing. You may register for hearings weeks in advance, but the video link will not be emailed to you until 48 hours before the hearing date. Those registering with eCourt Appearances for hearings that will take place within less than 48 hours of registration should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those without CM/ECF accounts may access the program on the website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

Those unable to access eCourt Appearances must email Judge Nancy Hershey Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Dated: Uniondale, New York
July 18, 2025

        WESTERMAN BALL EDERER
        MILLER ZUCKER & SHARFSTEIN, LLP

        By: */s/Alexandra Pontrello*
           Thomas A. Draghi
           Alexandra Pontrello
        1201 RXR Plaza
        Uniondale, NY 11556
        Telephone: (516) 622-9200
        Facsimile: (516) 622-9212
        tdraghi@westermanllp.com
        apontrello@westermanllp.com

        *Counsel for Debtors 75 Essex Corner LLC and Eisner Bros. Realty Corp*