United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 25-41389-nhl
Eisner Bros. Realty Corp  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Aug 13, 2025      Form ID: 228      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eisner Bros. Realty Corp, 4403 15th Avenue, #314, Brooklyn, NY 11219-1604 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10479442 | + | KRISS AND FEUERSTEIN LLP, 360 LEXINGTON AVE STE 1200, NEW YORK NY 10017-6555 |
| 10479441 | + | LES MIXED USE LLC, 100 PARK AVENUE SUITE 2805, NEW YORK NY 10017-5536 |
| 10493198 | + | Les Mixed Use LLC, c/o Jaspan Schlesinger Narendran LLP, 300 Garden City Plaza, 5th Floor, Garden City, New York 11530-3333, Attn: Frank C. Dell'Amore, Esq. |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 13 2025 18:17:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 13 2025 18:17:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 13 2025 18:17:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10527330 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 18:17:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10527642 | | Eisner Bros. Realty Corp, Westerman Ball Ederer Miller Zucker & Sh, 1201 RXR Plaza, Uniondale, New York 1155, Attn.: Thomas A. Draghi, Esq. |
| 10527635 | | Eisner Bros. Realty Corp, Westerman Ball Ederer Miller Zucker & Sh, 1201 RXR Plaza, Uniondale, New York 1155, Attn.: Alexandra Pontrello, Esq. |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10483679 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2025 | Form ID: 228 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

Alexandra Pontrello
    on behalf of Debtor Eisner Bros. Realty Corp atroiano@westermanllp.com

Frank C Dell'Amore
    on behalf of Creditor Les Mixed Use LLC fdellamore@jaspanllp.com   mcatalano@jaspanllp.com

Joshua R Bronstein
    on behalf of Debtor Eisner Bros. Realty Corp jbrons5@yahoo.com   joshua_bronstein@counsellor.com,esquireservices@aol.com,

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

Thomas A Draghi
    on behalf of Debtor Eisner Bros. Realty Corp tdraghi@westermanllp.com   aladd@westermanllp.com

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor  Eisner Bros. Realty Corp  Name | EIN: 13–3183181 | |
| United States Bankruptcy Court   Eastern District of New York | Date case filed for chapter: | 11   3/25/25 |
| Case number:   1–25–41389–nhl | | |

# NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on March 25, 2025, and an order having been signed by the Honorable Nancy Hershey Lord on August 12, 2025, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

75 Essex Corner LLC and Eisner Bros
Realty Corp,

Chapter 11
Case No.: 25−41388 (NHL)
(Jointly Administered)

                                                                                                                CHAPTER: 11

                              DEBTOR(s)

- ☑ An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **25–41388–nhl** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.
- ☐ An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: August 13, 2025

                                                                            For the Court, Paul Dickson, Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 07/09/18]